FILED
2012 APR 17 PM 3:59
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY _____

AMIR M. KAHANA (SBN 218149)
**KAHANA RASKIN & KASSINOVE LLP**
2600 Michelson Drive, Suite 830
Irvine, California 92612
Tel (949) 529-5700
Fax (949) 529-5707

Attorneys for Plaintiff
SECURA, INC.

**BY FAX**

# UNITED STATES DISTRICT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| SECURA, INC., a California corporation,<br><br>              Plaintiff,<br>v.<br><br>DISTRIBUIDORA DE TEXTILES AVANTE, a foreign corporation, and DOES 1 to 10, inclusive,<br><br>              Defendant. | CASE NO. SACV 12 - 00590 AG (MLGx)<br><br>**COMPLAINT FOR:**<br><br>1. **BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY;**<br><br>2. **BREACH OF IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; AND**<br><br>3. **DECLARATORY RELIEF** |

Plaintiff SECURA, INC., a California corporation ("Secura"), for its complaint against defendants DISTRIBUIDORA DE TEXTILES AVANTE ("Avante") and Does 1 through 10, inclusive (collectively "Defendants") states and alleges as follows:

## PARTIES

1. At all times herein mentioned, Secura was a corporation, organized and existing under the laws of the state of California, with its principal place of business located within the County of Orange.

2. Upon information and belief, Avante is a is a corporation, organized and existing under the laws of Mexico, with its registered office located in Mexico City, Mexico.

3. The true names and capacities, whether individual, corporate, associate, or otherwise, of Defendants sued herein as DOES 1 through 10, inclusive, are currently unknown to Secura. Secura is informed and believes, and based thereon alleges, that each of the Defendants designated herein as a DOE is legally responsible in some manner for the unlawful acts referred to herein. Secura will seek leave of court to amend this Complaint to reflect the true names and capacities of the Defendants designated hereinafter as DOES when such identities become known.

4. Secura is informed and believes, and based thereon alleges, that each Defendant acted in all respects pertinent to this action as the agent of the other Defendants, carried out a joint scheme, business plan or policy in all respects pertinent hereto, and the acts of each Defendant are legally attributable to the other Defendants.

## JURISDICTION AND VENUE

5. Diversity jurisdiction exists pursuant to 28 U.S.C. § 1332 in that the matter in controversy exceeds the sum or value of $75,000, exclusive of interest

1

Secura, Inc. v. Distribuidora De Textiles Avante, et al.
COMPLAINT FOR BREACH OF CONTRACT AND DECLARATORY RELIEF

1  and costs, and is between citizens of different states. Secura is a corporation, organized and existing under the laws of the State of California. Avante is a corporation, organized and existing under the laws of the Country of Mexico.

6. Venue is proper in this forum pursuant to 28 U.S.C. § 1391(a)(2) in that a substantial part of the events or omissions giving rise to the claims set forth herein occurred in the Central District of California.

## FACTUAL ALLEGATIONS

7. Secura manufactures clothing and apparel.

8. In or around January, 2011, Secura began purchasing fabric from Avante (the "fabric").

9. To date, Secura has paid Avante $120,000 for the fabric.

10. Avante claims that it is owed an additional $43,224.68 for the fabric.

11. On May 3, 2011, Secura received less fabric than what it was billed for, which was acknowledged by Avante.

12. Moreover, the fabric delivered to Secura was defective.

13. The defects related to quality issues regarding color and torque (twisting).

14. The problems continued, and the shipment received on June 7, 2011 also had torque issues.

15. On July 28, 2011, another shipment contained defective product. About 30% of the fabric was defective and unusable.

16. Secura sent samples to show Avante the problems, and Avante provided a credit of $12,000.

17. However, this credit does not cover the losses sustained by Secura.

18. Secura had already manufactured a large number of garments before discovering the defects, and spent significant sums on labor for cutting and sewing the garments.

2

Secura, Inc. v. Distribuidora De Textiles Avante, et al.
COMPLAINT FOR BREACH OF CONTRACT AND DECLARATORY RELIEF

19. Even after applying the credit of $12,000, the damage caused to Secura because of the defective and non-conforming goods sold by Avante is in excess $80,864.88.

20. On December 18, 2011, Avante refused to send Secura the COO of the yarn of the fabric they shipped to Secura.

21. It is a standard requirement in the industry to ask for this to claim NAFTA exemptions with US Customs.

22. Avante refused to provide the COO until Secura sent payment for $43,224.68, which Secura disputed because of the product defects.

23. As a result, Secura incurred unnecessary duties from US Customs, which caused further damage to Secura. The request for the documentation had nothing to do with the payment dispute.

## FIRST CAUSE OF ACTION

(Implied Warranty of Merchantability)

(Against all Defendants)

24. Secura realleges and reincorporates by reference each and every allegation contained in the above Paragraphs of this Complaint, as though fully set forth herein.

25. Secura claims that it was harmed by the fabric that it bought from Avante because the fabric did not have the quality that a buyer would expect.

26. Secura bought the fabric from Avante.

27. At the time of purchase, Avante was in the business of selling these goods, and held itself out as having special knowledge or skill regarding these goods.

28. The fabric was not of the same quality as those generally acceptable in the trade.

3

Secura, Inc. v. Distribuidora De Textiles Avante, et al.
COMPLAINT FOR BREACH OF CONTRACT AND DECLARATORY RELIEF

29. The fabric was not fit for the ordinary purposes for which such goods are used.

30. The fabric did not conform to the quality established by usage of trade.

31. Secura took reasonable steps to notify Avante within a reasonable time that the fabric did not have the expected quality.

32. Secura was harmed as a result.

33. The failure of the fabric to have the expected quality was a substantial factor in causing Secura's harm.

## SECOND CAUSE OF ACTION

(Implied Warranty of Fitness for a Particular Purpose)

(Against all Defendants)

34. Secura realleges and reincorporates by reference each and every allegation contained in the above Paragraphs of this Complaint, as though fully set forth herein.

35. Secura claims that it was harmed by the fabric that it bought from Avante because the fabric was not suitable for Secura's intended purpose.

36. Secura bought the fabric from Avante.

37. At the time of purchase, Avante knew or had reason to know that Secura intended to use the product for a particular purpose.

38. At the time of purchase, Avante knew or had reason to know Secura was relying on its skill and judgment to select or furnish a product that was suitable for the particular purpose.

39. Secura justifiably relied on Avante's skill and judgment.

40. The fabric was not suitable for the particular purpose.

41. Secura took reasonable steps to notify Avante within a reasonable time that the fabric was not suitable.

4

Secura, Inc. v. Distribuidora De Textiles Avante, et al.
COMPLAINT FOR BREACH OF CONTRACT AND DECLARATORY RELIEF

42. Secura was harmed.

43. The failure of the fabric to be suitable was a substantial factor in causing Secura's harm.

## SECOND CAUSE OF ACTION

(Declaratory Relief)

(Against All Defendants)

44. Secura realleges and reincorporates by reference each and every allegation contained in the above Paragraphs of this Complaint, as though fully set forth herein.

45. An actual controversy has arisen and now exists between Secura and Avante concerning their respective rights and duties.

46. Avante contends that Secura owes $43,224.68 for fabric sold to Secura.

47. Secura claims that it does not owe any money to Avante because the fabric was defective.

48. Secura desires a judicial determination of the respective rights and duties of Secura and Avante, including that Secura does not owe any money to Avante.

49. Such declaration is necessary and appropriate at this time because Avante is seeking to collect on the alleged debt, and Secura claims that no debt is owed.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1. For an award of damages according to proof;
2. For a declaration that Secura does not owe any money to Avante;
3. For reasonable attorneys' fees;
4. For all costs of suit incurred herein; and

5

Secura, Inc. v. Distribuidora De Textiles Avante, et al.
COMPLAINT FOR BREACH OF CONTRACT AND DECLARATORY RELIEF

5. For such other and further relief as the Court may deem to be just and appropriate.

DATED: April 17, 2012

KAHANA RASKIN & KASSINOVE LLP

By _____
Amir M. Kahana
Attorneys for Plaintiff
SECURA, INC.

6

Secura, Inc. v. Distribuidora De Textiles Avante, et al.
COMPLAINT FOR BREACH OF CONTRACT AND DECLARATORY RELIEF

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Andrew Guilford and the assigned discovery Magistrate Judge is Marc Goldman.

The case number on all documents filed with the Court should read as follows:

**SACV12- 590 AG (MLGx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [X] Southern Division | [ ] Eastern Division |
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address:
AMIR M. KAHANA (SBN 218149)
KAHANA RASKIN & KASSINOVE LLP
2600 Michelson Drive, Suite 830
Irvine, CA 92612
(949) 529-5700/(949) 529-5777

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURA, INC., a California corporation,<br><br>PLAINTIFF(S)<br>v.<br>DISTRIBUIDORA DE TEXTILES AVANTE, a foreign corporation, and DOES 1 to 10, inclusive<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SACV 12 - 00590 AG (MLGx)<br><br>SUMMONS |

**BY FAX**

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Amir M. Kahana_____, whose address is _2600 Michelson Drive, Suite 830, Irvine, CA 92612_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ORIGINAL

Clerk, U.S. District Court

Dated: 4/17/2012        By: Denisello
                             Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                          SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
SECURA, INC., a California corporation

**DEFENDANTS**
DISTRIBUIDORA DE TEXTILES AVANTE, a foreign corporation, and DOES 1 to 10, inclusive

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Amir M. Kahana, Kahana Kassinove & Raskin LLP, 2600 Michelson Drive, Suite 830, Irvine, CA 92612

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☑ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☑ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No  ☐ **MONEY DEMANDED IN COMPLAINT:** $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 USC 1332 - Diversity

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☑ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | | | ☐ 441 Voting | | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | IMMIGRATION | | ☐ 690 Other | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus- Alien Detainee | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:** Case Number: **SACV 12 - 00590 AG (MLGx)**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)     CIVIL COVER SHEET     Page 1 of 2

BY FAX

COPY

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Foreign Country: Mexico |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date April 17, 2012

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |